UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY M. PAGE,)
                Plaintiff,)
)   No. 1:17-cv-248
-v-)
)   HON. PAUL L. MALONEY
COMMISSIONER OF SOCIAL SECURITY,)
                Defendant.)
)

## JUDGMENT

In accordance with the Court's Order (ECF No. 17), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: September 17, 2018                /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge